May 05, 2006

Mr. Barry Snell
Bayne Snell & Krause
8626 Tesoro Drive, Suite 500
San Antonio, TX 78217-6233
Mr. Mark J. Cannan
Clemens & Spencer, Inc.
112 East Pecan Street, Suite 1500
San Antonio, TX 78205

RE: Case Number: 04-0681
 Court of Appeals Number: 04-03-00832-CV
 Trial Court Number: 2003-CI-04682

Style: KRISTIN TERK BELT AND KIMBERLY TERK MURPHY, JOINT INDEPENDENT
 EXECUTRIXES OF THE ESTATE OF DAVID B. TERK, DECEASED
 v.
 OPPENHEIMER, BLEND, HARRISON & TATE, INC., GLEN A. YALE, J. DAVID
 OPPENHEIMER AND KENNETH M. GINDY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. (Justice Green not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Margaret G. |
| |Montemayor |
| |Mr. Dan Crutchfield |